Argued and submitted August 1, reversed and remanded September 7, 1994

In the Matter of
Duncan McCloud, aka Greg Comstock,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

DUNCAN McCLOUD,
aka Greg Comstock,
*Appellant.*

(9311-97624; CA A82077)

879 P2d 911

Paul L. Breed argued the cause and filed the brief for appellant.

Erin K. Galli, Certified Law Student, argued the cause for respondent. On the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Robert B. Rocklin, Assistant Attorney General.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. Allison,* 129 Or App 47, 877 P2d 660 (1994).